**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 06-7700**

─────────────

KRIS SARAYN KOLLYNS,

Plaintiff - Appellant,

and

JONATHAN C. FRANCIS; KYLE CRISCO,

Plaintiffs,

versus

DR. SELMAN WATSON; MARTHA WILLIAMS, in their
personal capacities; SOUTH CAROLINA DEPARTMENT
OF MENTAL HEALTH; SOUTH CAROLINA DEPARTMENT OF
CORRECTIONS, for injunctive relief,

Defendants - Appellees.

─────────────

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Joseph F. Anderson, Jr., Chief
District Judge.  (3:05-cv-02401-JFA)

─────────────

Submitted:  January 17, 2007          Decided:  February 9, 2007

─────────────

Before WILLIAMS, MOTZ, and DUNCAN, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Kris Sarayn Kollyns, Appellant Pro Se.  Andrew Todd Darwin,
HOLCOMBE, BOMAR, GUNN & BRADFORD, PA, Spartanburg, South Carolina,
for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kris Sarayn Kollyns appeals the district court's judgment and order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Kollyns v. Watson</u>, No. 3:05-cv-02401-JFA (D.S.C. filed Sept. 22, 2006; entered Sept. 25, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>